**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MEMO ENDORSED**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

MASTER DOCKET

18-md-2865 (LAK)

This document relates to: 18-cv-9565
18-cv-9570
18-cv-9587
18-cv-9588
18-cv-9589
18-cv-9590
18-cv-9650
18-cv-9665

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9 - 16 - 19

**NOTICE OF MOTION AND MOTION**
**FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United

States District Court for the Southern District of New York, I, Marc A. Weinstein, a partner with

the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Markus A. Stadler is no

longer associated with the law firm Hughes Hubbard & Reed LLP. Jonathan W. Fitch and Jared

L. Hubbard, partners with the law firm Fitch Law Partners LLP, will continue to serve as

Massachusetts counsel for Plaintiff Skatteforvaltningen, and I and William R. Maguire, a partner

with the law firm Hughes Hubbard & Reed LLP, will continue to serve as lead counsel for

Plaintiff Skatteforvaltningen. Accordingly, I hereby request that Mr. Stadler's name and email

address be removed from the official docket of this multi-district litigation and the specific

actions referenced above.

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

9/16/19