UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-09589. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

### STIPULATION AND ORDER OF PARTIAL VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Skatteforvaltningen ("SKAT") and the undersigned defendants and their counsel that the action captioned *SKAT v. The Mountain Air LLC 401K Plan & Roger Lehman*, No. 1:18-cv-09589, is dismissed as against Defendant The Mountain Air LLC 401K Plan with prejudice and without costs or attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SKAT's dismissal is not intended to and does not affect any of the claims asserted against Roger Lehman in the action captioned *SKAT v. The Mountain Air LLC 401K Plan & Roger Lehman*, No. 1:18-cv-09589. This stipulation is signed by counsel for all parties who have appeared.

Dated: New York, New York
       September 12, 2024

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
 HUGHES HUBBARD & REED LLP
 One Battery Park Plaza
 New York, New York 10004-1482
 Telephone: (212) 837-6000
 Fax: (212) 422-4726
 marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
 POULOS LOPICCOLO PC
 311 West 43rd St., 11th Fl., Ste. 124
 New York, NY 10036
 Telephone : (646) 931-0011
 Fax : (732) 358-0180
 lopiccolo@pllawfirm.com

*Counsel for Defendants The Mountain Air LLC 401K Plan and Roger Lehman*

SO ORDERED:

_____
       Lewis A. Kaplan
   United States District Judge